**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-6074**

_____

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

ANTONIO SHROPSHIRE, a/k/a Brill, a/k/a B, a/k/a Tony,

        Defendant - Appellant.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore. Stephanie A. Gallagher, District Judge.  (1:16-cr-00051-SAG-3)

_____

Submitted:  May 21, 2024                      Decided:  May 24, 2024

_____

Before WYNN and BENJAMIN, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Antonio Shropshire, Appellant Pro Se.  Colleen Elizabeth McGuinn, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antonio Shropshire appeals the district court's order denying his motion for a sentence reduction under 18 U.S.C. § 3582(c)(1)(A). Upon review of the record, we conclude the district court did not abuse its discretion by denying Shropshire's motion. *See United States v. Malone*, 57 F.4th 167, 172 (4th Cir. 2023) (stating standard of review). Accordingly, we grant Shropshire's motion to supplement his informal brief, and we affirm the district court's order. *United States v. Shropshire*, No. 1:16-cr-00051-SAG-3 (D. Md. Jan. 2, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*